IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAKSIM BOIKO<br>  a/k/a Maxim Boyko<br>  a/k/a "Gangass" | Magistrate's No. 20-658M |

ORDER

AND NOW, to wit, this _____ day of _____, 2020, it appearing to the Court that an Arrest Warrant for the above-captioned individual has been executed, and upon the representation of the United States Attorney's Office that there is no further necessity that the Complaint, Arrest Warrant and Affidavit remain sealed,

IT IS HEREBY ORDERED that the Complaint, Arrest Warrant and Affidavit filed at the above number and sealed on March 27, 2020, be unsealed as of March 30, 2020.

_____
UNITED STATES MAGISTRATE JUDGE