IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MAKSIM BOIKO
  a/k/a Maxim Boyko

Magistrate No. 20-658M
[UNDER SEAL]

O R D E R

AND NOW, to wit, this 27th day of March, 2020, upon consideration of the within Motion to Seal Complaint and Arrest Warrant, it is hereby ORDERED that any and all papers filed in the above-captioned matter, and the within Motion and Order to Seal issued at Magistrate's No. 20-658M be sealed until further Order of Court.

 

HONORABLE LISA PUPO LENIHAN
UNITED STATES MAGISTRATE JUDGE

cc: Charles A. Eberle, AUSA