# MINUTE ORDER

Page 6

## Chief Magistrate Judge John J. O'Sullivan

Atkins Building Courthouse - 5th Floor     Date: 4/2/2020    Time: 1:30 p.m.

Defendant: Maksim Boiko    J#: 20904-104    Case #: 20-2520-MJ-O'Sullivan ✓

AUSA: Mike Davis     Attorney: Chad Piotrowski - Tmp

Violation: Warr/Complt/WD-PA/Money Laudering    Surr/Arrest Date:    YOB: SD/FL

Proceeding: PTD, Removal     CJA Appt:

Bond/PTD Held: ○ Yes ○ No    Recommended Bond:

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Russian

Disposition:
Chad Piotrowski, Temp.

Power went down at FDC.
No court.
Judge gave oral instructions resetting.
No D.A.R.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel: ✓
(PTD) Bond Hearing: 4/3 10 Am
Prelim/Arraign or (Removal): ✓ 4/3 10 AM
Status Conference RE:
D.A.R. N/A     Time in Court: 1

s/John J. O'Sullivan     Chief Magistrate Judge

38

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Michael Scott Davis (caseview.ecf@usdoj.gov,
michael.davis2@usdoj.gov, usafls-hqdkt@usdoj.gov), Chad Piotrowski (chad@cplaw-miami.com),
Ch. Magistrate Judge John J. O'Sullivan (osullivan@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:19880144@flsd.uscourts.gov
Subject:Activity in Case 1:20-mj-02520-JJO USA v. Boiko Status Conference
Content-Type: text/html
```

## U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 4/3/2020 at 1:41 PM EDT and filed on 4/3/2020

| | |
|---|---|
| **Case Name:** | USA v. Boiko |
| **Case Number:** | 1:20-mj-02520-JJO |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
**Minute Entry for proceedings held before Ch. Magistrate Judge John J. O'Sullivan: Status Conference re PTD/Removal as to Maksim Boiko held on 4/3/2020. Deft waived right to removal. STIP TO PTD. Deft removed to WD/PA and/or Dist of NJ. Russian Interpreter present. (Digital 10:35:39) (dgj)**

**1:20-mj-02520-JJO-1 Notice has been electronically mailed to:**

Chad Piotrowski &nbsp &nbsp chad@cplaw-miami.com

Michael Scott Davis &nbsp &nbsp Michael.Davis2@usdoj.gov, CaseView.ECF@usdoj.gov, usafls-hqdkt@usdoj.gov

**1:20-mj-02520-JJO-1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**