AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br><br>MAKSIM BOIKO<br>a/k/a Maxim Boyko<br>a/k/a "gangass"<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 20-658M<br><br>[UNDER SEAL]<br><br>**20-2520-MJ-O'SULLIVAN** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     MAKSIM BOIKO a/k/a Maxim Boyko, a/k/a "gangass"                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Money Laundering (18 U.S.C. § 1956(h))

Date:     03/27/2020

*Issuing officer's signature*

City and state:     Pittsburgh, Pennsylvania         Honorable Lisa Pupo Lenihan, U.S. Magistrate Judge
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | *Arresting officer's signature*<br><br>*Printed name and title* |

3