# MINUTE ORDER

Page 4

## Chief Magistrate Judge John J. O'Sullivan

Atkins Building Courthouse - 5th Floor   Date: 3/30/20   Time: 1:30 p.m.

Defendant: MAKSIM BOIKO   J#: 20904-104   Case #: 20-2520-MJ-O'SULLIVAN SEALED

AUSA: Mike Davis   Attorney: Chad Piotrowski -

Violation: WESTERN DISTRICT OF PA/COMPLAINT/WARR/ CONSP TO COMMIT MONEY LAUNDERING   Surr/Arrest Date: 3/27/2020   YOB: 1990

Proceeding: Initial Appearance   CJA Appt: Tmp - SDFL

Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond:

Bond Set at:   Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: English / Russian (req. all further hearings)

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

Disposition: Case unsealed -

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

Govt - ptd

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

Δ consents to proceed by video/tele. for all future hrgs. USM + SC - expedite his legal call.

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ___

Time from today to ___ excluded from Speedy Trial Clock

☐ Other: ___

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:
(PTD)/Bond Hearing: 4/2  1:30 pm (by VTC)
Prelim/Arraign or (Removal): 4/2  1:30 pm (by VTC)
Status Conference RE:

D.A.R. 13:56:33/14:37:40/ 14:37:40   Time in Court: 20

s/John J. O'Sullivan
Chief Magistrate Judge

35