```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Michael Scott Davis (caseview.ecf@usdoj.gov,
michael.davis2@usdoj.gov, usafls-hqdkt@usdoj.gov), Chad Piotrowski (chad@cplaw-miami.com),
Ch. Magistrate Judge John J. O'Sullivan (osullivan@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:19876848@flsd.uscourts.gov
Subject:Activity in Case 1:20-mj-02520-JJO USA v. Boiko Set/Reset Hearings
Content-Type: text/html
```

# U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 4/2/2020 at 2:47 PM EDT and filed on 4/2/2020

| | |
|---|---|
| **Case Name:** | USA v. Boiko |
| **Case Number:** | 1:20-mj-02520-JJO |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
Reset Hearings as to Maksim Boiko: Detention Hearing reset for 4/3/2020 10:00 AM in Miami Division before MIA Duty Magistrate. Removal Hearing reset for 4/3/2020 10:00 AM in Miami Division before MIA Duty Magistrate. (cg1)

**1:20-mj-02520-JJO-1 Notice has been electronically mailed to:**

Chad Piotrowski &nbsp &nbsp chad@cplaw-miami.com

Michael Scott Davis &nbsp &nbsp Michael.Davis2@usdoj.gov, CaseView.ECF@usdoj.gov, usafls-hqdkt@usdoj.gov

**1:20-mj-02520-JJO-1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**