United States District Court
Southern District of Florida
Case No. 20-2520-MJ-O'Sullivan

UNITED STATES OF AMERICA

v.                              Charging District's Case No. 20-658M

Maksim Boiko,
(USM #20904-104) /

## COMMITMENT TO ANOTHER DISTRICT

Pursuant to Fed. R. Crim. P. 5(c)(3), the Court orders the defendant to appear in the Western District of Pennsylvania.

The defendant is ordered to remain in custody pending his transfer to the Western District of Pennsylvania.

**IT IS ORDERED that the United States Marshal must transport the defendant, together with a copy of this order, to the Western District of Pennsylvania and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant.** The Marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Pursuant to Fed. R. Crim. P. 5(c)(3), the Court further orders the defendant to appear in the District of New Jersey. However, the Court stays the defendant's transfer to the District of New Jersey. The timing and any additional matters regarding the defendant's transfer to District of New Jersey and shall be determined by the U.S. District Court for the Western of Pennsylvania.

DONE AND ORDERED at Miami, Florida on 4/3/2020.

_____
JOHN J. O'SULLIVAN
CHIEF U.S. MAGISTRATE JUDGE