CLOSED,INTERPRETER

# U.S. District Court
## Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:20-mj-02520-JJO-1

| | |
|---|---|
| Case title: USA v. Boiko | Date Filed: 03/30/2020 |
| | Date Terminated: 04/03/2020 |

Assigned to: Ch. Magistrate Judge John J. O'Sullivan

**Defendant (1)**

| | | |
|---|---|---|
| **Maksim Boiko**<br>20904-104<br>*YOB: 1990; RUSSIAN*<br>*TERMINATED: 04/03/2020*<br>also known as<br>Maxim Boyko<br>*TERMINATED: 04/03/2020*<br>also known as<br>"gangass"<br>*TERMINATED: 04/03/2020* | represented by | **Chad Piotrowski**<br>Law Offices of Chad Piotrowski<br>169 E. Flagler Street<br>Suite 1600<br>Miami, FL 33131<br>305-204-5000<br>Fax: 305-204-6000<br>Email: chad@cplaw-miami.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Temporary* |

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

WARRANT/COMPLAINT/WESTERN DISTRICT OF PENNSYLVANIA/CONSPIRACY TO COMMIT MONEY LAUNDERING

**Disposition**

**Disposition**

**Disposition**

**Plaintiff**

1

USA  represented by  **Michael Scott Davis**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9027
Fax: 305-530-6168
Email: Michael.Davis2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/30/2020 | 1 | | Magistrate Removal of Warrant/Complaint from the Western District of Pennsylvania; Case number in the other District, 20-658M as to Maksim Boiko (1). (cg1) (Entered: 03/31/2020) |
| 03/30/2020 | 2 | | Minute Order for proceedings held before Ch. Magistrate Judge John J. O'Sullivan: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Maksim Boiko held on 3/30/2020. Date of Arrest or Surrender: 3/27/20. Detention Hearing set for 4/2/2020 01:30 PM in Miami Division before MIA Duty Magistrate. Removal Hearing set for 4/2/2020 01:30 PM in Miami Division before MIA Duty Magistrate. Attorney added: Chad Piotrowski for Maksim Boiko (Digital 13:56:33/14:37:40/14:37:40) Signed by Ch. Magistrate Judge John J. O'Sullivan on 3/30/2020. (cg1) (Entered: 03/31/2020) |
| 03/30/2020 | 3 | | ORDER UNSEALING CASE as to Maksim Boiko. Signed by Ch. Magistrate Judge John J. O'Sullivan on 3/30/2020. *See attached document for full details.* (cg1) (Entered: 03/31/2020) |
| 04/02/2020 | | | Reset Hearings as to Maksim Boiko: Detention Hearing reset for 4/3/2020 10:00 AM in Miami Division before MIA Duty Magistrate. Removal Hearing reset for 4/3/2020 10:00 AM in Miami Division before MIA Duty Magistrate. (cg1) (Entered: 04/02/2020) |
| 04/02/2020 | 4 | | Minute Entry for proceedings held before Ch. Magistrate Judge John J. O'Sullivan: Status Conference re: detention/removal as to Maksim Boiko held on 4/2/2020. (Detention Hearing reset for 4/3/2020 10:00 AM in Miami Division before MIA Duty Magistrate. Removal Hearing reset for 4/3/2020 10:00 AM in Miami Division before MIA Duty Magistrate.) Russian Interpreter present. (Digital N/A) (cg1) (Entered: 04/03/2020) |
| 04/03/2020 | 5 | | Minute Entry for proceedings held before Ch. Magistrate Judge John J. O'Sullivan: Status Conference re PTD/Removal as to Maksim Boiko held on 4/3/2020. Deft waived right to removal. STIP TO PTD. Deft removed to WD/PA and/or Dist of NJ. Russian Interpreter present. (Digital 10:35:39) (dgj) (Entered: 04/03/2020) |
| 04/03/2020 | 6 | | COMMITMENT TO ANOTHER DISTRICT as to Maksim Boiko. Defendant committed to District of Western District of Pennsylvania. Closing Case for Defendant. Signed by Ch. Magistrate Judge John J. O'Sullivan on 4/3/2020. *See attached document for full details.* (dgj) (Entered: 04/03/2020) |