UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburg)

---

UNITED STATES OF AMERICA,

    Plaintiff,                              Docket No. 2:20-mj-00658-LPL-1

    v.

MAKSIM BOIKO,

    Defendant.

---

**MOTION FOR ADMISSION PRO HAC VICE OF ARKADY BUKH**

    Arkady Bukh, undersigned counsel for Defendant Maksim Boiko, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for the Defendant, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Arkady Bukh filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: this 13th day of April, 2020          Respectfully submitted,

                                               By: /s/ Arkady Bukh
                                               Arkady Bukh, Esq.
                                               Bukh Law Firm, PLLC
                                               Attorney for Defendant
                                               1123 Avenue Z
                                               Brooklyn, New York 11235
                                               (718) 376-4766
                                               honorable@usa.com

## CERTIFICATE OF SERVICE

      I hereby certify this Motion for Admission pro hac vice of Arkady Bukh was filed on the 13th day of April 2020 through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


      By:  /s/ Arkady Bukh
           Arkady Bukh, Esq.