## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburg)

UNITED STATES OF AMERICA,

      Plaintiff,                                      Docket No. 2:20-mj-00658-LPL-1

      v.

MAKSIM BOIKO,

      Defendant.

---------------------------------------------------------

### AFFIDAVIT OF ARKADY BUKH

I, Arkady Bukh, hereby declare:

1. My name, office address, and telephone number are as follows:

Arkady Bukh
Bukh Law Firm PLLC
Mailing address: 1123 Avenue Z, Brooklyn, NY 11235
Telephone number: (718) 376-4766
Facsimile number: (718) 376-3033
E-mail address: honorable@usa.com

2. I am an attorney licensed to practice law in the State of New York (NY Bar Number is **4105615**) and I am admitted to the following courts: the Courts of the State of New York, United States District Court for the Eastern District of New York, United States District Court for the Southern District of New York, United States District Court for the Northern District of New York, United States District Court for the Western District of New York; United States Court of Appeals for the 9th Circuit, United States Court of Appeals for the Federal Circuit.

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

   4. There are no disciplinary proceedings pending against me in any jurisdiction and I have never been disciplined by any bar.

   5. I hereby certify that I have read, know and understand the Local Rules of the United States District Court for the Western District of Pennsylvania.

   I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 13th day of April, 2020.

        */s/ Arkady Bukh*
        Arkady Bukh, Esq.
        Bukh Law Firm, PLLC
        1123 Avenue Z
        Brooklyn, NY 11235
        (718) 376-4766
        honorable@usa.com