AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, Douglas C. Palmer, Clerk of this Court, certify that Arkady Bukh, Bar # AB1134, was duly admitted to practice in this Court on 10/01/2004, and is in good standing as a member of the Bar of this Court.

Dated at Brooklyn, NY on 04/09/2020
*(Location)* *(Date)*

CLERK

Brenna B. Mahoney
Digitally signed by Brenna B. Mahoney
Date: 2020.04.09 10:14:04 -04'00'

DEPUTY CLERK

by Brenna B. Mahoney
Chief Deputy Clerk