**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburg)**

_____

UNITED STATES OF AMERICA,

        Plaintiff,                               Docket No. 2:20-mj-00658-LPL-1

        v.

MAKSIM BOIKO,

        Defendant.

_____

**DEFENDANT'S [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY ARKADY BUKH PRO HAC VICE**

        The Court has reviewed the motion for admission of attorney Arkady Bukh pro hac vice. Upon consideration of that motion, the Court grants attorney Arkady Bukh pro hac vice admission to this Court.

IT IS SO ORDERED.

DATED: _____

                                   _____
                                   United States District Judge