# RECORD OF MAGISTRATE'S PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA vs **Maksim Boiko** | MAGISTRATE'S DOCKET # **20-mj-658** |
| | DATE OF COMPLAINT **3/27/20** |
| | CRIMINAL DOCKET NUMBER |
| | DATE OF INDICTMENT |
| | STATUTE: **18:1956** |
| DATE ARRESTED: **3/27/20** | |

## INITIAL APPEARANCE

Before Magistrate: [ ] LENIHAN  [X] DODGE  [ ] KELLY  [ ] EDDY  [ ] LANZILLO  [ ] PESTO

Date: **5/11/2020**
Time: **11:06am - 11:18am**
Tape Index: **11:06am**

U.S. ATTORNEY: **Tod Eberle (Jessica Smolar today only)**

**\* Video Appearance consented**

**Russian Interpreter: Valery Yegorov**

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   [ ] Read  [X] Summarized  [ ] Reading waived
   [ ] Defendant provided with a copy of the charges
   [X] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   [ ] Read  [X] Summarized  [ ] Reading waived

4. COUNSEL
   [ ] Defendant requested appointment  [ ] Defendant waived appointment
   [ ] Defendant represented by: ____
   [X] Defendant expects to retain: **Arkady Bukh entered appearance 4/13/2020**
   [ ] Affidavit executed.
   [ ] Not Qualified  [ ] Qualified  [ ] with possible requirement for partial or full payment
   [ ] Federal Public Defender appointed
   [ ] CJA Panel Attorney ____ appointed

5. BAIL
   Recommended Bond: **Detention**
   Bond Set at:
   [ ] By Consent  [ ] Additional Conditions Imposed: ____
   [ ] By Magistrate
   [ ] Bond Posted
   [ ] Temporary Commitment issued  [ ] Final Commitment issued
   Bond Review Hearing Set For: ____
   Detention Hearing Set For: **Waived**

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
   Preliminary Exam/~~Rule 40~~/Arraignment set for: **Waived** Before Magistrate

ADDITIONAL COMMENTS: