AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:20-mj-658 |
| MAKSIM BOIKO | ) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: May 11, 2020

*Maksim Boiko* by Judge Dodge
*Defendant's signature*

*Signature of defendant's attorney*

Arkady Bukh 4105615 NY
*Printed name and bar number of defendant's attorney*

1121 Ave Z Brooklyn NY 11235
*Address of defendant's attorney*

arkady.bukh@yahoo.com
*E-mail address of defendant's attorney*

+17183764766
*Telephone number of defendant's attorney*

7183763033
*FAX number of defendant's attorney*