IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Magistrate No. 20-658M |
| | ) | |
| MAKSIM BOIKO | ) | |
|    a/k/a Maxim Boyko | ) | |
|    a/k/a "gangass" | ) | |

**ORDER**

AND NOW, to wit, this 30th day of September, 2020, upon consideration of the parties' Joint Motion for Extension of Speedy Trial Time to File Indictment or Information, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the time from the date of this Order through and including November 30, 2020, be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the parties need additional time to consider and discuss the charges that may be set forth in an information or indictment filed against the defendant, as well as additional time to explore fully the law and the particular circumstances associated with this case. The Court further finds that additional time will permit the defense reasonable time for necessary effective preparation and will allow the parties to conduct plea negotiations.

For the reasons stated herein, the Court finds that failure to grant the motion would be likely to result in a miscarriage of justice and would deny counsel for both parties the time necessary for effective preparation prior to formal charges being filed. 18 U.S.C.

§ 3161(h)(7)(B)(i).

      The Court further finds that Defendant Boiko, through his counsel, knowingly and voluntarily waives his right to the filing of an information or indictment under the time period set forth in 18 U.S.C. § Section 3161(b).

                                                       *[signature]*

                                            UNITED STATES MAGISTRATE JUDGE

cc:   All Counsel of Record