<u>CRIMINAL CASE INFORMATION SHEET</u>   Case No. 2:20-cr-383

Pittsburgh   X   Erie _____   Johnstown _____

Related to No.   19-304 & 20-295   Judge   Marilyn J. Horan
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances
    (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses
    (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7.  X   All Others

Defendant's name:   Maksim Boiko

Is indictment waived:    X  Yes    ____ No

Pretrial Diversion:    ____ Yes    X  No

Juvenile proceeding:    ____ Yes    X  No

Defendant is:    X  Male    ____ Female

Superseding indictment or information    ____ Yes    X  No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred:   Allegheny County

Previous proceedings before Magistrate Judge:   Lisa Pupo Lenihan

Case No.:   20-mj-658

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | |
|---|---|
| Date arrested or date continuous U.S. custody began: | |
| Defendant: | __X__ is in custody    ____ is not in custody |
| Name of Institution: | Northeast Ohio Correctional Center |
| Custody is on: | __X__ this charge    ____ another charge |
| | ____ another conviction |
| | ____ State    __X__ Federal |
| Detainer filed: | ____ yes    __X__ no |
| Date detainer filed: | |
| Total defendants: | 1 |
| Total counts: | 1 |
| Data below applies to defendant No.: | 1 |
| Defendant's name: | Maksim Boiko |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering. | X | |

FORFEITURE ALLEGATION

I certify that to the best of my knowledge the above entries are true and correct.

DATE:   December 10, 2020            *s/Charles A. Eberle*
                                     CHARLES A. EBERLE
                                     Assistant U.S. Attorney
                                     PA ID No. 80782