IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-383 |
| MAKSIM BOIKO | |

**APPEARANCE OF COUNSEL**

NOTICE is hereby given that Brian M. Czarnecki, Assistant United States Attorney, is counsel of record for the government in the above criminal action.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

s/ *Brian M. Czarnecki*
BRIAN M. CZARNECKI
Assistant U.S. Attorney
PA ID No. 1047275