## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.     ) | **Criminal No. 20-00383** |
| ) | |
| **MAKSIM BOIKO** ) | |
| Defendant.    ) | |

## ORDER OF COURT

AND NOW, this 15th day of December, 2020 upon due consideration of the instant Motion to Conduct Hearing By Videoconference (doc. no. 29), and upon the request and consent of the Defendant, the Court finds and concludes that, for the reasons stated in the Motion, the Waiver and Plea Hearing in this case cannot be further delayed without substantial harm to the interests of justice. Therefore, Defendant's Waiver and Plea Hearing shall be conducted via videoconference and will occur on Thursday, December 17, 2020, at 9:15AM. The instructions to connect to the Waiver and plea hearing by video will be distributed via email to all counsel of record prior to the hearing. The Court has made arrangements with the detention center for the defendant to appear by video.

/s/ *Marilyn J. Horan*
United States District Judge