UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

CRIMINAL NO: 2:20-CR-00383

v.

MAKSIM BOIKO

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the Defendant Maksim Boiko.

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

```
THE COURTS OF THE STATE OF NEW YORK   2013 - PRESENT (2020)
    US DIST.. CT. FOR EDNY             2014 - PRESENT (2020)
    US DIST.. CT. FOR SDNY             2014 - PRESENT (2020)
US. CT. OF APPEALS DC CIRCUIT          2019 - PRESENT (2020)
```

Court(s)                                Years(s) of Admission

Date: 12/15/20

Signature of Attorney

George C. Grasso, Esq.
Of Counsel
Bukh Law Firm, PLLC
1123 Avenue Z
Brooklyn, NY 11235
GCGrasso@BukhLawFirm.com
Tel: 718-376-4766
Fax: 718-376-3033