IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | |
| MAKSIM BOIKO, | ) ) | 2:-20-CR-00383-MJH |
| Defendant. | ) ) ) ) ) ) | |

**MINUTE ENTRY**

**Hearing Date:** December 17, 2020
**Time**: 9:15AM- 10:50AM
**Type of Hearing or Conference:** WAIVER AND PLEA
**Reporter:** S. SIAKOWSKI
**Deputy Clerk/Law Clerk:** J.BIGGS/R.WILLIAMS

| **Counsel for Government** | **Counsel for Defendant** |
|---|---|
| CHARLES A. EBERLE | ARKADY BUKH |

**Summary of Proceedings**

The Court acknowledged the proceedings were conducted and all parties participated by Zoom videoconference due to the limitations presented by Covid-19 virus pandemic and by virtue of the Administrative Order entered on 3/30/2020 under 2:20-mc-00466-MRH and if Defendant agreed with proceeding with this proceeding. Defendant consents to proceeding with video conference. Oath administered to defendant. Defendant found competent to plead. Court asks defendant questions from colloquy and defendant indicates understanding. Court details charge. Court advises of right to trial. Defendant indicates understanding of charges. Court asks about and defendants voices understanding regarding Sentencing Guidelines application and pertinent Supreme Court & Circuit Court decisions. Court advises defendant of potential penalties. Government details elements of the offense and summarizes evidence against the defendant. Defendant indicates wish to plead guilty. Court accepts defendant's guilty plea and enters Judgment of Guilt as to Count 1 of the information. Court orders preparation of Presentence Investigation Report. Sentencing is set for 04/08/2021 at 9:00 AM. Defense entered oral Motion for Bond of which the Government did not oppose. This issue of Bond taken into consideration of the Court pending clarification of Bond in the District of New Jersey.