AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
для the
Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:20-cr-383 |
| MAKSIM BOIKO | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/14/2020

*Maksim Boiko*
Defendant's signature

*[signature]*
Signature of defendant's attorney

Arkady Bukh Esq.
Printed name of defendant's attorney

*Marilyn J. Horan*
Judge's signature

Marilyn J. Horan, United States District Judge
Judge's printed name and title