ARKADY BUKH
Bukh Law Firm, PLLC
1123 Avenue Z
Brooklyn, NY 11235
Phone: (718) 376-4766
Fax: (718) 376-3033
Email: honorable@usa.com
Attorneys for MAKSIM BOIKO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 2:20CR00383-001 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| MAKSIM BOIKO, | ) | |
| | ) | |
| Defendant. | ) | |

---

### NOTICE OF MOTION TO BE RELIEVED AS COUNSEL

COMES NOW, movant Arkady Bukh, Esquire, petitioning the Court for an Order relieving him as counsel for Defendant MAKSIM BOIKO in the above matter.

In support of this Motion, movant relies upon a Certification of Counsel attached hereto. Oral argument is waived unless opposition to his Motion is filed.

Dated:  January 19, 2021               Respectfully Submitted,

                                       /s/ Arkady Bukh

                                       _____
                                       Bukh Law Firm, PLLC
                                       1123 Avenue Z
                                       Brooklyn, NY 11235