ARKADY BUKH
Bukh Law Firm, PLLC
1123 Avenue Z
Brooklyn, NY 11235
Phone: (718) 376-4766
Fax: (718) 376-3033
Email: honorable@usa.com
Attorneys for MAKSIM BOIKO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 2:20CR00383-001 |
| Plaintiff, | ) | |
| | ) | ELECTRONICALLY FILED |
| v. | ) | |
| | ) | |
| MAKSIM BOIKO, | ) | |
| | ) | |
| Defendant. | ) | |

**[Proposed] ORDER OF COURT**

THIS MATTER having come before the Court on Motion of movant, Arkady Bukh, Esq., to be relieved as counsel for Defendant MAKSIM BOIKO in the above captioned matter, and for good cause shown.

IT IS on this ____ day of ____ , 2021, hereby ORDERED and that movant Arkady Bukh's Motion to be relieved as counsel is hereby GRANTED; and it is further ORDERED that a copy of this Order be served on all parties within seven days of the receipt thereof.

SO ORDERED  this ____day of _____, 2021.

/s/_____

Honorable _____
United States District Judge

cc: All ECF registered counsel of record