GEORGE C. GRASSO
Of Counsel
Bukh Law Firm, PLLC
1123 Avenue Z
Brooklyn, NY 11235
Phone: (718) 376-4766
Fax: (718) 376-3033
Email: GCGrasso@BukhLawFirm.com
Outgoing Attorneys for MAKSIM BOIKO

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 2:20CR00383-001 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| MAKSIM BOIKO, | ) | |
| | ) | |
| Defendant. | ) | |

_____

### NOTICE OF MOTION TO BE RELIEVED AS COUNSEL

COMES NOW, movant George C. Grasso, Esquire, petitioning the Court for an Order relieving him as counsel for Defendant MAKSIM BOIKO in the above matter.

In support of this Motion, movant relies upon a Certification of Counsel attached hereto. Oral argument is waived unless opposition to his Motion is filed.

Dated:  February 15, 2021                Respectfully Submitted,

/s/ *George C. Grasso*

_____
Of Counsel
Bukh Law Firm, PLLC
1123 Avenue Z
Brooklyn, NY 11235