GEORGE C. GRASSO
Of Counsel
Bukh Law Firm, PLLC
1123 Avenue Z
Brooklyn, NY 11235
Phone: (718) 376-4766
Fax: (718) 376-3033
Email: GCGrasso@BukhLawFirm.com
Outgoing Attorneys for MAKSIM BOIKO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 2:20CR00383-001 |
| Plaintiff, | ) | |
| | ) | ELECTRONICALLY FILED |
| v. | ) | |
| | ) | |
| MAKSIM BOIKO, | ) | |
| | ) | |
| Defendant. | ) | |

## [Proposed] ORDER OF COURT

THIS MATTER having come before the Court on Motion of movant, George C. Grasso, Esq., Of Counsel to Bukh Law Firm, PLLC, to be relieved as counsel for Defendant MAKSIM BOIKO in the above captioned matter, and for good cause shown.

IT IS on this ____ day of ____ , 2021, hereby ORDERED and that movant George C. Grasso's Motion to be relieved as counsel is hereby GRANTED; and it is further ORDERED that a copy of this Order be served on all parties within seven days of the receipt thereof.

SO ORDERED  this ____day of _____, 2021.

*/s/*_____
Honorable _____
United States District Judge

cc: All ECF registered counsel of record