## CERTIFICATE OF SERVICE

I, Arkady Bukh, attorney for MAKSIM BOIKO, do hereby certify that on this date I served a copy of the foregoing Defendant's Unopposed Motion To Continue Sentencing, by delivering a copy via the ECF system to all Counsel of Record.

March 10, 2021                                             /s/ Arkady Bukh

                                                           _____

                                                           Counsel for the Defendant