IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 2:20-cr-00383-MJH |
| v. | ) ELECTRONICALLY FILED |
| MAKSIM BOIKO, | ) |
| Defendant. | ) |

### [Proposed] ORDER OF COURT

And now, this ___ day of _____, 2021, upon due consideration of the instant UNOPPOSED MOTION TO CONTINUE DEADLINE FOR SUBMITTING DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS AND TO ADJOURN SENTENCING, IT IS HEREBY ORDERED that the motion is GRANTED.

The Deadline for Defendant's Position with Respect to Sentencing Factors will be May ___ 2021; and

The Sentencing date will be June____, 2021 at _____ M.

SO ORDERED this ___ day of _____, 2021.

/s/ _____
Honorable Marilyn J. Horan
United States District Judge