# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 20-383** |
| | ) | |
| **MAKSIM BOIKO** | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 11th day of March, 2021, upon consideration of the instant unopposed Motion to Continue Deadline for Submitting Defendant's Position with Respect to Sentencing Factors and to continue Sentencing, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED.

1. Position on Sentencing Factors due by May 25, 2021

2. Responses to Objections and Positions due by June 8, 2021.

3. Presentence Report Addendum due to this Court, Defendant and counsel by June 8, 2021.

4. Supplemental Information or Memorandum with Respect to Sentencing due by June 15, 2021.

The Sentencing currently set for April 8, 2021 at 09:00 AM is hereby RESET for June 22, 2021 at 1:30 PM Courtroom 8A before Judge Marilyn J. Horan.

/s/ *Marilyn J. Horan*
United States District Judge