IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-383 |
| MAKSIM BOIKO<br>A/K/A MAXIM BOYKO | |

**MOTION FOR PRELIMINARY ORDER OF CRIMINAL FORFEITURE**
**AGAINST MAKSIM BOIKO A/K/A MAXIM BOYKO**

AND NOW comes the United States of America by and through its counsel, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Lee J. Karl, Assistant United States Attorney for the Western District of Pennsylvania, and pursuant to Federal Rule of Criminal Procedure 32.2, respectfully moves for a preliminary order of forfeiture, and in support thereof, represents as follows:

1. On December 14, 2020, Maksim Boiko a/k/a Maxim Boyko ("Boiko") entered a guilty plea to Count One of the Information at Criminal No. 20-383. Boiko also agreed to forfeit all right, title and interest in the following property (the "Subject Property") to the United States, pursuant to 18 U.S.C. § 982(a)(1): one white iPhone bearing IMIE 359257063377678, and one black iPhone bearing serial number DNPVMNVJJCL8, both delineated by asset identification number 21-FBI-002864; and one Apple laptop computer bearing serial number C02W19XPHV2L, delineated by asset identification number        21-FBI-002866.

2. The United States respectfully requests that the Court enter a Preliminary Order of Criminal Forfeiture and that the forfeiture of Boiko's interest in the Subject Property be incorporated into his sentence and judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. Upon the issuance of the Preliminary Order of forfeiture against Boiko, the United States will provide written notice to all third parties, if any, known to the United States who may have an interest in the Subject Property. The United States will also advertise notice of this forfeiture proceeding via the government's internet forfeiture website.

WHEREFORE, the United States respectfully requests that this Honorable Court enter a Preliminary Order of Criminal Forfeiture forfeiting to the United States all right, title and interest of the defendant in the Subject Property, and that the forfeiture of the defendant's interest in the Subject Property be incorporated into his sentence and judgment.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

/s/ Lee J. Karl
LEE J. KARL
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7488
(412) 644-2644 (fax)
lee.karl@usdoj.gov
PA ID No. 87856 (AFF)

## CERTIFICATE OF SERVICE

I hereby certify that the United States' Motion for Preliminary Order of Criminal Forfeiture against Maksim Boiko a/k/a Maxim Boyko has been served through the electronic filing system this 26th day of March, 2021, upon the following:

Arkady Bukh, Esquire
honorable@usa.com

George C. Grasso, Esq
gcgrasso@gmail.com

/s/ Lee J. Karl
LEE J. KARL
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7488
(412) 644-2644 (fax)
lee.karl@usdoj.gov
PA ID No. 87856 (AFF)