IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-383 |
| MAKSIM BOIKO<br>A/K/A MAXIM BOYKO | |

**PRELIMINARY ORDER OF CRIMINAL FORFEITURE
AGAINST MAKSIM BOIKO A/K/A MAXIM BOYKO**

AND NOW, this __30th__ day of __March__, 2021, upon consideration of the United States' Motion for Preliminary Order of Criminal Forfeiture against Maksim Boiko a/k/a Maxim Boyko, it is hereby ORDERED that the motion is GRANTED, and that:

1. All right, title and interest of Maksim Boiko a/k/a Maxim Boyko in the following property are forfeited to the United States pursuant to 18 U.S.C. § 982(a)(1): one white iPhone bearing IMIE 359257063377678, and one black iPhone bearing serial number DNPVMNVJJCL8, both delineated by asset identification number 21-FBI-002864; and one Apple laptop computer bearing serial number C02W19XPHV2L, delineated by asset identification number 21-FBI-002866.

2. This Order of Forfeiture against Maksim Boiko a/k/a Maxim Boyko will be incorporated into his sentence and judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate third-party claims, if any.

*Marilyn J. Horan*
United States District Court Judge