# mail.com

## новый адвокат

**From:** "Bukh Law Firm, P.L.L.C." <honorable@usa.com>
**To:**
**Date:** Feb 25, 2021 3:59:47 PM

Уважаемый Максим,

Сообщите нам пожалуйста, будете ли вы нанимать частного адвоката, или будете обращаться к public defender.

Спасибо.

С уважением,

Katrina Plotnikova
Paralegal
Bukh Law Firm, P.L.L.C.-
1123 Ave Z Brooklyn NY 11235
Tel +1-718-376-4766
Fax +1-718-376-3033
www.BukhLaw.com
Skype: arkady.bukh
Bukh Law Firm, P.L.L.C..- CONFIDENTIALITY NOTICE:
This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law.

-----------------------------------from Russian into English--------------------------------
Re: new attorney
Date: Feb 25, 2021 3:59:47 PM

Dear Maksim,

Please let us know if you are going to hire a private law firm, or intend to use public defender's services.

Thank you.

Sincerely,
-------------------------------------end of translated document---------------------------------



### новый адвокат

**From:** "Bukh Law Firm, P.L.L.C." <honorable@usa.com>
**To:**
**Date:** Feb 26, 2021 4:41:06 PM

Уважаемый Максим,

Сообщите нам пожалуйста, будете ли вы нанимать частного адвоката, или будете обращаться к public defender.
Если это будет частный адвокат, то мы должны подписать с ним форму о согласии на замену адвоката.
Если же вы хотите обратиться к public defender, мы готовы помочь вам подготовить формы, необходимые для того, чтобы этот адвокат зашел на кейс.

Пожалуйста, сообщите нам о своем решении.


Спасибо.

С уважением,

Katrina Plotnikova
Paralegal
Bukh Law Firm, P.L.L.C.-
1123 Ave Z Brooklyn NY 11235
Tel +1-718-376-4766
Fax +1-718-376-3033
www.BukhLaw.com
Skype: arkady.bukh
Bukh Law Firm, P.L.L.C..- CONFIDENTIALITY NOTICE:
This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law.

----------------------------------from Russian into English--------------------------------

Re: new attorney
Date: Feb 26, 2021 4:41:06 PM

Dear Maksim,

Please let us know if you are going to hire a private law firm, or intend to use public defender's services.
Should you decide to hire a private firm we will need to sign consent to change attorney form with them.
Should you decide to apply for public defender's services we are willing to assist you with preparation of the forms needed for attorney to enter the case.

Please let us know about your decision.

Thank you.

Sincerely,
----------------------------------end of translated document--------------------------------



## Re: новый адвокат

**From:** "Max Boyko" >
**To:** "Bukh Law Firm, P.L.L.C." <honorable@usa.com>
**Date:** Feb 26, 2021 7:57:46 PM

Добрый день. Я сообщу вам о своем решении в самое ближайшее время, сразу после того, как вы пришлете мне финальный договор и билл на оговоренную ранее сумму. Все эти документы подпишу незамедлительно, после чего вы вернете денежный остаток на моем балансе на мой счет. С Аркадием мы переговорили и вполне нашли общий язык. Надеюсь мы решим все эти рабочие моменты в самое ближайшее время. Благодарю вас за понимание и содействие.

Best regards,
Maksim Boiko.

----------------------------------from Russian into English-------------------------------

Re: new attorney
Date: Feb 26, 2021 7:57:46 PM

Good day. I will let you know about my decision soon, right after you send me the final agreement and the bill for discussed amount. I will sign all these documents right away and after that you will return the remainder of money into my account. I spoke with Arkady and we found common ground. I hope we resolve all this as soon as possible. Thank you for understanding and cooperation.

Best regards,
Maksim Boiko.
------------------------------------end of translated document-------------------------------



## Re: новый адвокат

**From:** "Bukh Law Firm, P.L.L.C." <honorable@usa.com>
**To:** "Max Boyko" <
**Date:** Feb 26, 2021 9:09:47 PM

Мы готовы помочь вам с оформлением запроса на предоставление CJA public defender.
Вам нужно будет связаться с офисами CJA attorneys в тех штатах, в которых рассматриваются ваши дела, и следовать их инструкциям.
Номер телефона CJA attorneys в Пенсильвании: 412-644-6565
Номер телефона CJA attorneys в Нью-Джерси: 973-645-6347

Для заявки на предоставление CJA attorney вам потребуется заполнить финансовые формы подобные тем, что в приложении к этому письму.
Если вам понадобится помощь с заполнением этих или иных форм, мы готовы оказать содействие.

Bukh Law Firm, P.L.L.C.-
1123 Ave Z Brooklyn NY 11235
Tel +1-718-376-4766
Fax +1-718-376-3033
www.BukhLaw.com
Skype: arkady.bukh
Bukh Law Firm, P.L.L.C..- CONFIDENTIALITY NOTICE:
This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law.

----------------------------------from Russian into English--------------------------------

Re: new attorney
Date: Feb 26, 2021 9:09:47 PM

We are willing to assist you with an application for a CJA public defender.
You need to contact the offices of CJA attorneys in those states where you have cases, and follow their instructions.
Phone number of the CJA attorneys' office in Pennsylvania: 412-644-6565
Phone number of the CJA attorneys' office in New Jersey: 973-645-6347

In order to prepare the request for CJA attorneys' aid you will need to fill out financial forms similar to those attached to this email.
We are ready to help you if you need assistance with filling out these forms.

-------------------------------------end of translated document--------------------------------

Спасибо.

С уважением,

Katrina Plotnikova
Paralegal
Bukh Law Firm, P.L.L.C.-
1123 Ave Z Brooklyn NY 11235
Tel +1-718-376-4766
Fax +1-718-376-3033
www.BukhLaw.com
Skype: arkady.bukh
Bukh Law Firm, P.L.L.C..- CONFIDENTIALITY NOTICE:
This electronic message is intended to be viewed only by the
individual or entity to whom it is addressed. It may contain
information that is privileged, confidential and exempt from
disclosure under applicable law.

## Attachments

- 11727_cic_5a.pdf
- cja23.pdf



# Re: новый адвокат

**From:** "Bukh Law Firm, P.L.L.C." <honorable@usa.com>
**To:** "Max Boyko"
**Date:** Mar 2, 2021 5:13:22 PM

Мы готовы помочь вам с оформлением запроса на предоставление CJA public defender.
Вам нужно будет связаться с офисами CJA attorneys в тех штатах, в которых рассматриваются ваши дела, и следовать их инструкциям.
Номер телефона CJA attorneys в Пенсильвании: 412-644-6565
Номер телефона CJA attorneys в Нью-Джерси: 973-645-6347

Для заявки на предоставление CJA attorney вам потребуется заполнить финансовые формы подобные тем, что в приложении к этому письму.
Если вам понадобится помощь с заполнением этих или иных форм, мы готовы оказать содействие.

Bukh Law Firm, P.L.L.C.-
1123 Ave Z Brooklyn NY 11235
Tel +1-718-376-4766
Fax +1-718-376-3033
www.BukhLaw.com
Skype: arkady.bukh
Bukh Law Firm, P.L.L.C..- CONFIDENTIALITY NOTICE:
This electronic message is intended to be viewed only by the
individual or entity to whom it is addressed. It may contain
information that is privileged, confidential and exempt from
disclosure under applicable law.

**Sent:** Friday, February 26, 2021 at 6:57 PM
**From:** "Max Boyko"
**To:** "Bukh Law Firm, P.L.L.C." <honorable@usa.com>
**Subject:** Re: новый адвокат

Добрый день. Я сообщу вам о своем решении в самое ближайшее время, сразу после того, как вы пришлете мне финальный договор и билл на оговоренную ранее сумму. Все эти документы подпишу незамедлительно, после чего вы вернете денежный остаток на моем балансе на мой счет. С Аркадием мы переговорили и вполне нашли общий язык. Надеюсь мы решим все эти рабочие моменты в самое ближайшее время. Благодарю вас за понимание и содействие.

Best regards,
Maksim Boiko.

On Feb 26, 2021, at 3:41 PM, Bukh Law Firm, P.L.L.C. <honorable@usa.com> wrote:

Уважаемый Максим,

Сообщите нам пожалуйста, будете ли вы нанимать частного адвоката, или будете обращаться к public defender.
Если это будет частный адвокат, то мы должны подписать с ним форму о
согласии на замену адвоката.
Если же вы хотите обратиться к public defender, мы готовы помочь вам подготовить формы, необходимые для того, чтобы этот адвокат зашел на кейс.

Пожалуйста, сообщите нам о своем решении.

Спасибо.

С уважением,

Katrina Plotnikova
Paralegal
Bukh Law Firm, P.L.L.C.-
1123 Ave Z Brooklyn NY 11235
Tel +1-718-376-4766
Fax +1-718-376-3033
www.BukhLaw.com
Skype: arkady.bukh
Bukh Law Firm, P.L.L.C..- CONFIDENTIALITY NOTICE:
This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law.

**Attachments**

- 11727_cic_5a.pdf
- cja23.pdf

-----------------------------------from Russian into English---------------------------------
Re: new attorney
Date: March 2, 2021 5:13:22 PM

We are willing to assist you with an application for a CJA public defender.
You need to contact the offices of CJA attorneys in those states where you have cases, and follow their instructions.
Phone number of the CJA attorneys' office in Pennsylvania: 412-644-6565
Phone number of the CJA attorneys' office in New Jersey: 973-645-6347

In order to prepare the request for CJA attorneys' aid you will need to fill out financial forms similar to those attached to this email.
We are ready to help you if you need assistance with filling out these forms.

-----------------------------------end of translated document---------------------------------