ARKADY BUKH
Bukh Law Firm, PLLC
1123 Avenue Z
Brooklyn, NY 11235
Phone: (718) 376-4766
Fax: (718) 376-3033
Email: honorable@usa.com
Attorneys for MAKSIM BOIKO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 2:20CR00383-001 |
| Plaintiff, | ) | |
| | ) | ELECTRONICALLY FILED |
| v. | ) | |
| | ) | |
| MAKSIM BOIKO, | ) | |
| | ) | |
| Defendant. | ) | |

_____

## [Proposed] ORDER OF COURT

THIS MATTER having come before the Court on Motion of movant, Arkady Bukh, Esq.,

to be relieved as counsel for Defendant MAKSIM BOIKO in the above captioned matter, and for

good cause shown.

IT IS on this _____ day of _____ , 2021, hereby ORDERED and that movant Arkady

Bukh's Motion to be relieved as counsel is hereby GRANTED; and it is further ORDERED that

a copy of this Order be served on all parties within seven days of the receipt thereof.

SO ORDERED  this _____day of _____, 2021.

/s/_____
Honorable Marilyn J. Horan
United States District Judge