UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | ] | CASE NO: 2:20 CR 00383 |
| PLAINTIFF | ] | JUDGE M. HORAN |
| V. | ] | |
| MAKSIM BOIKO | ] | |
| DEFENDANT | ] | |

MOTION FOR ADMISSION PRO HAC VICE, pro bono

Now comes attorney Alek El Kamhawy and hereby respectfully moves that he be admitted to appear and practice in this Honorable Court in the above-captioned matter as counsel pro hac vice and pro bono for the Defendant Maksim Boiko.

FURTHER, under penalty of perjury, undersigned attorney states that since year 2000 he is licensed to practice law in the State of Ohio (Ohio Bar Number 0071845) and is admitted to the United States Court for Northern District of Ohio, United States Court of Appeals for the 6th Circuit and the United States Supreme Court. Since 2008 undersigned attorney is on CJA panel. Undersigned attorney is in good standing with all above mentioned courts and there are no disciplinary proceedings against him now or ever been in any jurisdiction. Undersigned attorney read and understands the Local Rules of this United States District Court. Affidavit, Certificates of Good Standing and Proposed Order are attached hereto as Exhibits and made part of this Motion.

Respectfully submitted,

/s/  Alek El-Kamhawy

        **ALEK  EL-KAMHAWY (0071845)**
Counsel for the Defendant
**14837 Detroit Avenue, #227**
**Lakewood, Ohio 44107**
**(216) 701-9465**

**alek.kamhawy@gmail.com**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

        */s/ Alek El-Kamhawy*
        **Alek El-Kamhawy**