UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | ] | CASE NO: 2:20 CR 00383 |
| | ] | |
| PLAINTIFF | ] | JUDGE M. HORAN |
| | ] | |
| V. | ] | |
| | ] | |
| MAKSIM BOIKO | ] | |
| | ] | |
| DEFENDANT | ] | |

**ORDER**
(Proposed)

The Court grants attorney Alek El Kamhawy pro hac vice admission to this Court

IT IS SO ORDERED

DATE: _____

_____

 JUDGE M. HORAN