Affidavit

Now comes attorney Alek El Kamhawy, under penalty of perjury, states that since year 2000 he is licensed to practice law in the State of Ohio (Ohio Bar Number 0071845) and is admitted to the United States Court for Northern District of Ohio, United States Court of Appeals for the 6th Circuit and the United States Supreme Court. Since 2008 undersigned attorney is on CJA panel. Undersigned attorney is in good standing with all above mentioned courts and there are no disciplinary proceedings against him now or ever been in any jurisdiction. Undersigned attorney read and understands the Local Rules of this United States District Court for Western District of Pennsylvania.

Respectfully submitted,

/s/ Alek El-Kamhawy
**ALEK EL-KAMHAWY (0071845)**
Counsel for the Defendant
**14837 Detroit Avenue, #227**
**Lakewood, Ohio 44107**
**(216) 701-9465**

**alek.kamhawy@gmail.com**