AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

## CERTIFICATE OF GOOD STANDING

I, _Sandy Opacich_, Clerk of this Court, certify that _Alek H. El-Kamhawy_, Bar # _0071845_, was duly admitted to practice in this Court on _06/19/2000_, and is in good standing as a member of the Bar of this Court.

Dated at _Akron, Ohio_ on _04/07/2021_
               *(Location)*                   *(Date)*

*SANDY OPACICH, CLERK OF COURT*           *DEPUTY CLERK*