# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | )<br>)<br>)<br>) |
| v. | ) **Criminal No. 20-383** |
| **MAKSIM BOIKO** | )<br>)<br>)<br>) |
| **Defendant.** | ) |

## ORDER OF COURT

Upon consideration of the Motion for *Pro Hac Vice* Admission of Alek El-Kamhawy, and finding good cause therefor, IT IS HEREBY ORDERED that the Motion is granted. Alek El-Kamhawy shall be admitted *pro hac vice* in this case

/s/ *Marilyn J. Horan*
United States District Judge