IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-383 |
| | ) | |
| MAKSIM BOIKO | ) | |

GOVERNMENT'S POSITION WITH
RESPECT TO SENTENCING FACTORS

AND NOW, comes the United States of America, by and through Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Charles A. Eberle, Assistant United States Attorney for said district, and respectfully files the following Government's Position with Respect to Sentencing Factors in accordance with the United States Sentencing Commission, Guidelines Manual, Section 6A1.2:

1. The undersigned counsel for the government has reviewed the Pre-Sentence Investigation Report in the instant case.

2. The government has no objections or modifications to the report.

*s/ Charles A. Eberle*
CHARLES A. EBERLE
Assistant U.S. Attorney
PA ID No. 80782