UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | ] | CASE NO: 2:20 CR 00383 |
| PLAINTIFF | ] | JUDGE M. HORAN |
| V. | ] | |
| MAKSIM BOIKO | ] | |
| DEFENDANT | ] | |

DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS

Now comes Defendant, buy and through undersigned counsel and states the following with respect to Sentencing Factors:

1. Defendant reviewed Pre-Sentence Investigative Report with counsel.

2. Defendant objects to paragraph 29.

3. Defendant is planning on requesting variance from the guideline range at the time or prior to sentencing.

Respectfully submitted,

/s/  Alek El-Kamhawy
**ALEK  EL-KAMHAWY (0071845)**
Counsel for the Defendant
**14837 Detroit Avenue, #227**
**Lakewood, Ohio 44107**
**(216) 701-9465**

**alek.kamhawy@gmail.com**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                            */s/ Alek El-Kamhawy*  
                                                            **Alek El-Kamhawy**