UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | ] | CASE NO: 2:20 CR 00383 |
| | ] | |
| PLAINTIFF | ] | JUDGE M. HORAN |
| | ] | |
| V. | ] | |
| | ] | |
| MAKSIM BOIKO | ] | |
| | ] | |
| DEFENDANT | ] | |

MOTION TO CONTINUE SENTENCING

Now comes this Defendant, by and through undersigned counsel and respectfully moves this Honorable Court to Continue Sentencing in the matter at bar for additional ninety (90) days.

Respectfully submitted,

/s/  Alek El-Kamhawy
**ALEK  EL-KAMHAWY (0071845)**
Counsel for the Defendant
**14837 Detroit Avenue, #227**
**Lakewood, Ohio 44107**
**(216) 701-9465**

**alek.kamhawy@gmail.com**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Alek El-Kamhawy*
**Alek El-Kamhawy**
