UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | ] | CASE NO: 2:20 CR 00383 |
| PLAINTIFF | ] | JUDGE M. HORAN |
| V. | ] | |
| MAKSIM BOIKO | ] | |
| DEFENDANT | ] | |

ORDER

Court grants Defendant's Motion to Continue Sentencing in the matter at bar for additional ninety (90) days. Court will announce its schedule at a later date.

Respectfully submitted,

/s/ Alek El-Kamhawy
**ALEK EL-KAMHAWY (0071845)**
Counsel for the Defendant
**14837 Detroit Avenue, #227**
**Lakewood, Ohio 44107**
**(216) 701-9465**

**alek.kamhawy@gmail.com**