IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-383 |
| MAKSIM BOIKO | |

### GOVERNMENT'S MOTION TO WITHDRAW APPEARANCE

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Brian M. Czarnecki, Assistant United States Attorney for said district, and respectfully files this motion to withdraw the appearance of Brian M. Czarnecki as counsel for the United States for this underlying criminal matter. The United States will continue to be represented by Assistant United States Attorney Charles A. Eberle.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney


*/s/ Brian M. Czarnecki*
BRIAN M. CZARNECKI
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
DC ID No. 1047275