IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-383 |
| MAKSIM BOIKO | |

## ORDER

AND NOW, to wit, this _____ day of _____, 2021, upon consideration of the Government's Motion to Withdraw Appearance, filed by Assistant United States Attorney Brian M. Czarnecki, it is hereby ORDERED that said Motion is GRANTED, and that Assistant United States Attorney Brian M. Czarnecki be terminated forthwith as counsel of record for the government in the above-captioned criminal action.

BY THE COURT:

_____
HONORABLE MARILYN J. HORAN
United States District Judge

cc: All Counsel of Record