IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MAKSIM BOIKO, | ) | 2:20-cr-383 |
| | ) | |
| Defendant. | ) | |

## MINUTE ENTRY

**Hearing Date: December 20, 2021**
**Time: 9:30 AM-10:30 AM**
**Type of Hearing or Conference: SENTENCING**
**Reporter: V. Trettel**
**Deputy Clerk/Law Clerk: J. Biggs/R. Williams**

**Counsel for Government**      **Counsel for Defendant**
Charles Eberle                  Alek el-Kamhawy

## Summary of Proceedings

Sentencing held. The Court acknowledged the proceedings were conducted and all parties participated by video conference due to the limitations presented by Covid-19 virus pandemic and by virtue of the Administrative Order entered on 3/30/2020 under 2:20-mc-00466-MRH and if Defendant agreed with proceeding with this proceeding. Defendant consents to proceeding with video conference. Oath administered to defendant. The Defendant is sentenced to a term of imprisonment of TIME SERVED at Count 1. Upon release from imprisonment, the Defendant will be on supervised release for a term of 2 years. Special Assessment $100. Fine Waived.